## Marion Hall Galter, Appellee, v. Louis Galter, Appellant.

Gen. No. 42,553.

opinion filed May 29, 1944; rehearing denied June 12, 1944. Pines, Stein & Lipton, for appellant; Alvin E. Stein, of counsel; Ehrlich & Cohn, for appellee; Aaron H. Cohn, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.